

## Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED
January 15, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

January 15, 2015

Third Court of Appeals
via email

Re:     Court of Appeals Number: 03-12-00793-CR
        Trail Court Number:  40147

Style:   MICHAEL LEE ELLIOTT, Jr
         v.
         The State of Texas

    Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above referenced case on January 07, 2015.

Sincerely,

Casie Walker

Casie Walker
District Clerk